UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY LYNN MOOREHEAD, SR., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 4:15CV1648 SNLJ |
| JAY CASSADY, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Gregory Moorehead petitions the Court for a writ of habeas corpus under 28 U.S.C. § 2254. The Clerk filed his petition under seal because it appears to contain the full names of minor children. Under the Local Rules of this Court, only the initials of minor children may be included in any filing. E.D. L.R. 5-2.17. For this reason, the Court will direct the Clerk to return the petition to Moorehead for the purpose of redacting the names of any minor children, including children who were minors at the time of the incident.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to return the petition to Moorehead.

**IT IS FURTHER ORDERED** that Moorehead must redact the names of any minor children and replace them with the initials of the children.

**IT IS FURTHER ORDERED** that Moorehead must return the redacted petition to the Court within twenty-eight (28) days of the date of this Order. Failure to comply will result in the summary dismissal of this action.

Dated this 3<u>rd</u> day of November, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE